

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| SERGIO SUAREZ, | § | No. 08-23-00207-CV |
| Appellant, | § | Appeal from |
| v. | § | 49th District Court of |
| JAIME QUINTERO, | § | of Webb County, Texas |
| Appellee. | § | (TC# 2019CVK000952-D1) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.